# EXHIBIT B

# Plaintiffs' Verified Original Petition and Request for Disclosure in Cause No. 25-DCV-330003, *Sandy Lopez and Fernando Lopez Sr. a/k/a Freddy Lopez v. Fort Bend County, Texa*s, In the 240th Judicial District Court of Fort Bend County, T e x a s.

**Defendant Fort Bend County, Texas' Notice of Removal**

SANDY LOPEZ AND FERNANDO LOPEZ SR. A/K/A FREDDY LOPEZ,

**Plaintiffs,**

**v.**

FORT BEND COUNTY, TEXAS,

**Defendant.**

**In the United States District Court**
**Southern District of T e x a s**

Filed
5/27/2025 12:00 AM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Kaitlyn Phillips

NO. 25-DCV-330003

| | | |
|---|---|---|
| SANDY LOPEZ and FERNANDO LOPEZ SR. a/k/a FREDDY LOPEZ | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiffs* | § | |
| | § | Fort Bend County - 240th Judicial District Court |
| V. | § | ______JUDICIAL DISTRICT |
| | § | |
| FORT BEND COUNTY, TEXAS | § | |
| | § | |
| *Defendant* | § | FORT BEND COUNTY, TEXAS |

## PLAINTIFFS' VERIFIED ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **SANDY LOPEZ** and **FERNANDO LOPEZ SR. a/k/a FREDDY LOPEZ** ("Plaintiffs"), and file this Original Petition against **FORT BEND COUNTY, TEXAS** ("Defendant" or "the County"), and in support thereof respectfully state as follows:

## I. DISCOVERY LEVEL

1. Plaintiffs intend to conduct discovery under Level 2 pursuant to Rule 190.3 of the Texas Rules of Civil Procedure.

## II. PARTIES

2. Plaintiff **Sandy Lopez** is an individual residing in Fort Bend County, Texas, and at all times relevant has held an ownership interest in the subject real property.
3. Plaintiff **Fernando Lopez Sr.**, also known as **Freddy Lopez**, is an individual residing in Fort Bend County, Texas, and is likewise an owner of the subject real property.
4. Defendant **Fort Bend County, Texas** is a political subdivision of the State of Texas. It may be served with citation through the Fort Bend County Judge, **KP George**, at 301 Jackson Street, Richmond, Texas 77469.

## III. JURISDICTION AND VENUE



DISTRICT COURT OF FORT BEND COUNTY, TEXAS
ROUTED TO COURT 5/27/2025 KP
RT'D TO D. CLERK 5/30/2025 mu
Electronic Certified Copy

5. This Court has jurisdiction over the subject matter of this action because Plaintiffs seek monetary damages in excess of the minimum jurisdictional limits of this Court and also seek equitable and declaratory relief. No federal jurisdiction is necessary to adjudicate these claims at this stage.
6. Venue is proper in Fort Bend County, Texas under § 15.002(a)(1) of the Texas Civil Practice & Remedies Code because the cause of action arose in this county and the property that is the subject of this suit is situated entirely within Fort Bend County.

## IV. PROPERTY AT ISSUE

7. The real property that is the subject of this lawsuit is located in Fort Bend County, Texas and is more fully described as:

**FRESNO ADDITION, SECTION 5, BLOCK 5E, LOTS 21, 22, 23, and 24,** (collectively, the "Property").

8. Plaintiffs are the rightful and lawful owners of the Property, having acquired it through lawful means and having continuously maintained ownership and possession thereof. The Property is privately held and was not subject to any condemnation proceeding, public use dedication, or valid governmental easement at the time of the events giving rise to this suit.

## V. FACTUAL BACKGROUND

9. At all times relevant, Plaintiffs owned the Property free and clear of any encumbrances from Fort Bend County or any other governmental entity.
10. On or about a date to be established through discovery, Fort Bend County and/or its agents entered upon, occupied, modified, and/or constructed infrastructure or public works that encumber or consume portions of the Property. This intrusion occurred without (a) any formal notice to Plaintiffs, (b) any commencement of a condemnation proceeding, or (c) any offer or payment of just compensation.
11. The County's entry onto and use of the Property was not temporary in nature. Instead, the County has installed or facilitated permanent or semi-permanent infrastructure, improvements, or physical interference with the use and enjoyment of the land. This includes, but is not limited to, the placement of utilities, road expansions, drainage, or public works projects that materially impair the value, use, and enjoyment of the Property.
12. No communication from Fort Bend County was provided to Plaintiffs prior to or during the time of such governmental use of the Property. Plaintiffs were not served with notice of a public purpose or offered the opportunity to contest a taking.
13. Moreover, Plaintiffs have not received compensation of any kind—monetary or otherwise—for the County's use of the Property. This is despite the constitutional






Electronic Certified Copy

requirement that governmental entities provide just compensation when appropriating private property for public use.

14. Upon information and belief, Fort Bend County has taken similar actions throughout the Fresno and Fort Bend County area, often relying on informal or unrecorded use of private property without observing constitutionally mandated condemnation procedures.
15. Plaintiffs have suffered and continue to suffer actual damages in the form of loss of market value, denial of possession, lost use and enjoyment, impairment of access, and destruction or reduction of development potential.

## VI. CAUSES OF ACTION

### A. Inverse Condemnation Under the Texas Constitution (Art. I, § 17)

16. Plaintiffs reassert and incorporate the foregoing paragraphs as if fully set forth herein.
17. Article I, Section 17 of the Texas Constitution prohibits the taking, damaging, or destruction of private property for public use without providing adequate compensation to the owner.
18. Fort Bend County's actions constitute a taking of Plaintiffs' property without observance of proper procedures and without providing compensation. Plaintiffs bring an inverse condemnation claim to enforce their constitutional rights.
19. As a direct result of the County's unauthorized taking, Plaintiffs have been deprived of the fair market value of the land used, and of the Property's use and enjoyment.

### B. Violation of the U.S. Constitution (Fifth & Fourteenth Amendments, via 42 U.S.C. § 1983)

20. Plaintiffs re-allege the above paragraphs.
21. The Fifth Amendment to the United States Constitution, as incorporated through the Fourteenth Amendment, provides that no person shall be deprived of property without due process and just compensation.
22. Plaintiffs assert that Defendant's conduct violates the Takings Clause as applied through 42 U.S.C. § 1983. Plaintiffs do not assert a separate federal court claim at this time, but reserve the right to do so in the future should administrative or state relief be unavailable.

## VII. DAMAGES

23. Plaintiffs seek recovery of the fair market value of the portion of the Property taken by the County.
24. Plaintiffs also seek recovery for consequential damages including:

- Loss of use and enjoyment;
- Diminished market value of the remainder;






Electronic Certified Copy

- Costs associated with alternative access, utilities, or land use; and
- Reasonable and necessary attorney's fees, expert fees, and court costs.

## VIII. REQUEST FOR DISCLOSURE

25. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs request that Defendant disclose, within fifty (50) days of service of this petition, all information and materials required under Rule 194.2.

## IX. CONDITIONS PRECEDENT

26. All conditions precedent to Plaintiffs' claims for relief have been performed, have occurred, or have been waived.

## X. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that Defendant **Fort Bend County** be cited to appear and answer, and that upon final hearing, the Court enter judgment in favor of **Sandy Lopez** and **Fernando Lopez Sr. a/k/a Freddy Lopez**, awarding:

a. Actual damages representing the fair market value of the Property taken;
b. Consequential damages;
c. Pre- and post-judgment interest at the maximum rate allowed by law;
d. Costs of court and expert witness fees;
e. Reasonable and necessary attorney's fees (if applicable); and
f. Such other and further relief at law or in equity to which Plaintiffs may be justly entitled.

Respectfully submitted,

**BASHEER LAW FIRM, P.C.**
830 Julie Rivers Dr.
Sugar Land, TX 77478
Tel: (832) 305-8400

By: ____________________
**Yahya Basheer**
State Bar No. 24069347
Attorney for Plaintiffs






Electronic Certified Copy

**VERIFICATION**

**STATE OF TEXAS §**
**COUNTY OF FORT BEND §**

BEFORE ME, the undersigned authority, personally appeared **Sandy Lopez**, who upon her oath stated:

"My name is Sandy Lopez. I am over eighteen years of age and am fully competent to make this verification. I am a Plaintiff in the above-entitled and numbered cause. I have read the foregoing Original Petition, and the facts stated therein are within my personal knowledge and are true and correct."

______________________
**Sandy Lopez**

SUBSCRIBED AND SWORN TO BEFORE ME on this 20 day of May, 2025.

______________________

Notary Public, State of Texas









Electronic Certified Copy

**STATE OF TEXAS §**
**COUNTY OF FORT BEND §**

BEFORE ME, the undersigned authority, personally appeared **Fernando Lopez Sr.**, also known as **Freddy Lopez**, who upon his oath stated:

"My name is Fernando Lopez Sr., also known as Freddy Lopez. I am over eighteen years of age and am fully competent to make this verification. I am a Plaintiff in the above-entitled and numbered cause. I have read the foregoing Original Petition, and the facts stated therein are within my personal knowledge and are true and correct."

______________________________
**Fernando Lopez Sr. a/k/a Freddy Lopez**

SUBSCRIBED AND SWORN TO BEFORE ME on this 20 day of May, 2025.

______________________________
Notary Public, State of Texas




I, BEVERLEY MCGREW WALKER, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas.

This 1st day of July 20 25






BEVERLEY MCGREW WALKER
By______________________Deputy
YOLANDA COLE

**Electronic Certified Copy**